# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO CARLOS LOPEZ-PEREZ, <br><br> Defendant. | Case No.: 18mj20431-RNB-MMA <br><br> **ORDER AFFIRMING JUDGMENT** |

Roberto Carlos Lopez-Perez appeals the judgment entered following his guilty plea conviction of misdemeanor illegal entry in violation of 8 U.S.C. § 1325.[1]  Lopez-Perez challenges the constitutionality of the statute of conviction under the Equal Protection Clause of the Fifth Amendment in light of the United States Supreme Court's holding in *Sessions v. Morales-Santana*, 137 S. Ct. 1678 (2017).  The grounds for Lopez-Perez's facial challenge have been rejected by district and circuit courts alike.  *See United States v. Madero-Diaz,* No. 17-50347, 2019 U.S. App. LEXIS 4501 (9th Cir. Feb. 14, 2019) (rejecting facial equal protection challenge to 8 U.S.C. § 1326); *United States v. Duffy*, Nos. 17-50414, 17-50415, 2019 U.S. App. LEXIS 4499 (9th Cir. Feb. 14, 2019) (same); *United States v. Valdivia-Munoz,* No. 18-mj-20433-RNB-H-1, 2018 WL 5311742 (S.D.

---

[1] The Court has jurisdiction over this appeal pursuant to 18 U.S.C. § 3402.

Cal. Oct. 26, 2018) (rejecting facial equal protection challenge to 8 U.S.C. § 1325); *United States v. Ayun-Flores*, No. 16cr1115-BEN, 2017 WL 4391701 (Oct. 2, 2017) (same); *United States v. Hernandez-Gamez*, No. 17cr917-BEN, 2017 WL 4125079 (S.D. Cal. Sept. 18, 2017) (same). This Court adopts the reasoning of those decisions and likewise concludes that Lopez-Perez was not "convicted under a law classifying on an impermissible basis." *Morales-Santana*, 137 S. Ct. at 1699 n.24. As such, his equal protection challenge fails.

Accordingly, the Court **AFFIRMS** the judgment.

**IT IS SO ORDERED**.

DATE: February 19, 2019

HON. MICHAEL M. ANELLO
United States District Judge